B9I (Official Form 9I) (Chapter 13 Case) (12/12) — Case Number **13–41166**

| UNITED STATES BANKRUPTCY COURT Eastern District of Texas |
|---|

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/6/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Luis Gilberto Collazo−Sola<br>aka Luis Collazo<br>5901 Snow Creek Dr<br>The Colony, TX 75056 | Elvia Milagros Bonilla−Ortiz<br>aka Elvia Bonilla, fdba EMB Health<br>5901 Snow Creek Dr<br>The Colony, TX 75056 |
| Case Number:<br>13−41166 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6888<br>xxx−xx−7720 |
| Attorney for Debtor(s) (name and address):<br>Mark S. Rubin<br>Rubin & Associates, P.C.<br>13601 Preston Rd<br>Suite 500E<br>Dallas, TX 75240<br>Telephone number: (214) 742−6900 | Bankruptcy Trustee (name and address):<br>Janna L. Countryman<br>P. O. Box 941166<br>Plano, TX 75094−1166<br>Telephone number: (972) 943−2580 |

### Meeting of Creditors
Date: **July 5, 2013**                    Time: **10:00 AM**
Location: **Plano 341 Meeting, 500 North Central Expressway, Suite 380, Plano, TX 75074**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **10/3/13**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **11/4/13**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/3/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has filed a plan. The plan or a summary of the plan will be sent separately. The hearing on confirmation will be held:
Date: **8/15/13**, Time: **09:30 AM**, Location: **Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074**

**Objections to confirmation must be filed in writing with the Court no later than (14) days prior to the scheduled hearing to consider confirmation of the plan.**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

SEND CORRESPONDENCE TO: JANNA L. COUNTRYMAN, TRUSTEE, P. O. BOX 941166, PLANO, TX 75094−1166
SEND PAYMENTS TO: JANNA L. COUNTRYMAN, STANDING CHAPTER 13 TRUSTEE, P.O. BOX 628, TYLER, TX 75710

| Address of the Bankruptcy Clerk's Office:<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509−1240 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
|---|---|

| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  6/5/13 |

Case 13-41166    Doc 13    Filed 06/07/13    Entered 06/08/13 00:27:34    Desc Imaged
Certificate of Notice    Page 2 of 6

## EXPLANATIONS <span style="float:right">B9I (Official Form 9I) (12/12)</span>

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

```
                                    United States Bankruptcy Court
                                      Eastern District of Texas
In re:                                                                                  Case No. 13-41166-btr
Luis Gilberto Collazo-Sola
Elvia Milagros Bonilla-Ortiz                                                            Chapter 13
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0540-4          User: carterl               Page 1 of 3                   Date Rcvd: Jun 05, 2013
                              Form ID: B9i                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2013.
db/db      +Luis Gilberto Collazo-Sola,   Elvia Milagros Bonilla-Ortiz,   5901 Snow Creek Dr,
             The Colony, TX 75056-3872
aty        +Andrea Sheehan,   Law Offices of Robert E. Luna,   4411 N. Central Expressway,
             Dallas, TX 75205-4210
tr          Janna L. Countryman,   P. O. Box 941166,   Plano, TX 75094-1166
cr         +Lewisville Independent School District,   c/o Andrea Sheehan,   Law Offices of Robert E. Luna, PC,
             4411 North Central Expressway,   Dallas, TX 75205-4210
6536253     Attorney General   State of Texas,   Collections Div Bankruptcy,   PO Box 12548,
             Austin TX 78711 2548
6536254    +BAC Home Loans Servicing LP,   Attn Bankruptcy Dept,   4500 Park Granada,
             Calabasas CA 91302-1613
6536256     Bill Me Later,   PO Box 2394,   Omaha NE 68103 2394
6536258    +Cascades HOA,   8360 LBJ Frwy Suite 300,   Dallas TX 75243-1160
6536261     City of the Colony,   McCreary Veselka Bragg and Allen PC,   1505 E McKinney St Room 104,
             Denton TX 76209 4525
6536262     Denton County Tax Assessor,   co McCreary Veselka Bragg and Allen PC,
             1505 E McKinney St Room 104,   Denton TX 76209 4525
6536263    +Dillard   GE Capital Retail Bankruptcy,   PO Box 103104,   Roswell GA 30076-9104
6536265    +Home Depot   Citi Cards   Bankruptcy,   PO Box 20507,   Kansas City MO 64195-0507
6536270    +JC Penney GE Capital Retail Bankruptcy,   PO Box 103104,   Roswell GA 30076-9104
6536269     Janna L Countryman,   Chapter 13 Trustee,   PO Box 941166,   Plano TX 75094 1166
6536271    +Lewisville ISD,   co Law Offices of Robert E Luna,   4411 N Central Expwy,
             Dallas TX 75205-4210
6550974    +Lewisville Independent School District,   Law Offices of Robert E. Luna, P.C.,
             c/o Andrea Sheehan,   4411 North Central Expressway,   Dallas, Texas 75205-4210
6536272    +Lowes   GE Capital Retail Bank Bankruptcy,   PO Box 103104,   Roswell GA 30076-9104
6536273     Nissan Motor Acceptance Corp Bankruptcy,   PO Box 660366,   Dallas TX 75266 0366
6551159     Nissan-Infiniti LT,   PO Box 660366 Dallas TX 75266-0366
6536274    +Pay Pal GE Capital Retail Bankruptcy,   PO Box 103104,   Roswell GA 30076-9104
6536275    +Rooms to Go  GE Capital Bankruptcy,   PO Box 103104,   Roswell GA 30076-9104
6536277     Sams Club  GE Capital Bank Bankruptcy,   PO Box 103126,   Roswell GA 30076
6536278     State Comptroller of Public Accounts,   111 E 17th St,   Austin TX 78774 0100
6536284    +US Attorney General,   Department of Justice,   Main Justice Building,
             10th and Constitution Ave NW,   Washington DC 20530-0001
6536283     US Attorney General,   US Department of Justice,   950 Pennsylvania Ave NW,
             Washington DC 20530 0001
6536285    +US Department of HUD Title 1,   52 Corporate Circle,   Albany NY 12203-5166
6536282    +United States Attorney,   Eastern District of Texas,   350 Magnolia St Suite 150,
             Beaumont TX 77701-2254
6536286    +Veterans Administration,   1400 N Valley Mills Dr,   Waco TX 76799-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: bankruptcy2@rubin-owens.com Jun 06 2013 01:45:24    Mark S. Rubin,
             Rubin & Associates, P.C.,   13601 Preston Rd,   Suite 500E,   Dallas, TX 75240
ust        +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jun 06 2013 02:02:15    US Trustee,
             Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
cr          EDI: RECOVERYCORP.COM Jun 06 2013 01:13:00    Recovery Management Systems Corporation,
             25 S.E. Second Avenue,   Suite 1120,   Miami, FL 33131-1605
6536255    +EDI: HFC.COM Jun 06 2013 01:13:00    Best Buy  HSBC  Bankruptcy Dept,   PO Box 5213,
             Carol Stream IL 60197-5213
6536257     EDI: CAPITALONE.COM Jun 06 2013 01:13:00    Capital One  Bankruptcy,   co TSYS Debt Management,
             PO Box 5155,   Norcross GA 30091
6536259    +EDI: CHASE.COM Jun 06 2013 01:13:00    Chase Bank One Bankruptcy,   PO Box 15145,
             Wilmington DE 19850-5145
6536260    +EDI: CITICORP.COM Jun 06 2013 01:13:00    Citi Cards  Bankruptcy,   PO Box 20507,
             Kansas City MO 64195-0507
6536264    +EDI: FORD.COM Jun 06 2013 01:13:00    Ford Motor Credit Company,   Central Bankruptcy Department,
             PO Box 6275,   Dearborn MI 48121-6275
6536267    +EDI: HFC.COM Jun 06 2013 01:13:00    HSBC  Bankruptcy Department,   PO Box 5213,
             Carol Stream IL 60197-5213
6536266     EDI: HFC.COM Jun 06 2013 01:13:00    Household Bank  Inquiries,   PO Box 80084,
             Salinas CA 93912 0084
6536268     EDI: IRS.COM Jun 06 2013 01:13:00    IRS CIO,   PO Box 7346,   Philadelphia PA 19101 7346
6544009     EDI: RECOVERYCORP.COM Jun 06 2013 01:13:00    Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
6536276     EDI: SALMAESERVICING.COM Jun 06 2013 01:18:00    SallieMae  Correspondence,   PO Box 9500,
             WilkesBarre PA 18773 9500
6541512     EDI: TFSR.COM Jun 06 2013 01:18:00    Lexus Financial Services,   PO BOX 8026,
             Cedar Rapids, Iowa 52408-8026
6536279    +EDI: WTRRNBANK.COM Jun 06 2013 01:13:00    Target  Bankruptcy Department,   PO Box 1327,
             Minneapolis MN 55440-1327
6536280    +E-mail/Text: redpacer@twc.state.tx.us Jun 06 2013 01:55:53    Texas Workforce Commission,
             TEC Bldg  Tax Dept,   Austin TX 78778-0001
```

```
District/off: 0540-4         User: carterl         Page 2 of 3          Date Rcvd: Jun 05, 2013
                             Form ID: B9i          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
6536281       EDI: TFSR.COM Jun 06 2013 01:18:00     Toyota Financial Services,   PO Box 4102,
              Carol Stream  IL  60197 4102
6536287       EDI: WFNNB.COM Jun 06 2013 01:13:00    Victorias Secret Comenity Bankruptcy,   PO Box 182125,
              Columbus  OH  43218 2125
6536288      +EDI: RMSC.COM Jun 06 2013 01:13:00     WalMart GE Capital Retail Bankruptcy,   PO Box 103104,
              Roswell  GA 30076-9104
6536289      +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jun 06 2013 02:02:15     William T Neary, U.S. Trustee,
              Eastern District of Texas,   110 N College  Suite 300,   Tyler  TX 75702-7231
                                                                                          TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Janna L. Countryman,   P. O. Box 941166,   Plano, TX  75094-1166
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2013**          **Signature:**     _Joseph Speetjens_

```
District/off: 0540-4           User: carterl                Page 3 of 3                   Date Rcvd: Jun 05, 2013
                               Form ID: B9i                 Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2013 at the address(es) listed below:
         Andrea   Sheehan    on behalf of Creditor    Lewisville Independent School District
          sheehan@txschoollaw.com,   coston@txschoollaw.com;garza@txschoollaw.com
         Janna L. Countryman    on behalf of Trustee Janna L. Countryman, ECFch13plano@ch13plano.com
         Janna L. Countryman,    ECFch13plano@ch13plano.com
         Mark S. Rubin    on behalf of Debtor Luis Gilberto Collazo-Sola bankruptcy2@rubin-owens.com,
          Notices.bankruptcy@rubin-owens.com;matt.rubin.bk.notices@hotmail.com
         Mark S. Rubin    on behalf of Debtor Elvia Milagros Bonilla-Ortiz bankruptcy2@rubin-owens.com,
          Notices.bankruptcy@rubin-owens.com;matt.rubin.bk.notices@hotmail.com
         Recovery Management Systems Corporation    claims@recoverycorp.com
         US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                           TOTAL: 7